1  KEVIN V. RYAN (CSBN 118321)
   United States Attorney
2
   EUMI L. CHOI (WVSBN 0722)
3  Chief, Criminal Division

4  DENEE A. DILUIGI (COSBN 35082)
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-7031
7      Fax: (415) 436-7234
       Email: Denee.DiLuigi@usdoj.gov
8
9  Attorneys for Plaintiff

**FILED**

JUN X 9 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   )<br>            )<br>    Plaintiff,   )<br>            )<br>    v.   )<br>            )<br>RONALD ROCK,   )<br>            )<br>    Defendant.   )<br>_____) | No. CR-05-0169 MAG<br><br>STIPULATION AND [~~PROPOSED~~]<br>ORDER TO EXCLUDE TIME AND<br>DEFER PROSECUTION |

   The parties hereby request that the Court exclude time under the Speedy Trial Act in the above captioned case pursuant to 18 U.S.C. § 3161(h)(2) from May 31, 2005 to December 31, 2006 for deferral of prosecution. The parties agree that pretrial diversion is an appropriate disposition in this matter.

   The United States has referred Mr. Rock to Pretrial Services for an intake evaluation. If Mr. Rock meets the qualifications set forth by Pretrial Services, he will be placed on pretrial diversion for no more than eighteen months. Accordingly, the parties agree that the prosecution will be deferred for an eighteen month period of time for Mr. Rock to demonstrate good conduct

1 | under the conditions of a pretrial diversion program.
2 | SO STIPULATED.

KEVIN V. RYAN
United States Attorney

DATED: June 3rd, 05

DENEE A. DILUIGI
Special Assistant United States Attorney

DATED: 6/3/05

DAVID FERMINO
Attorney for Mr. Rock

Based on the stipulation of the parties and for good cause shown, IT IS HEREBY ORDERED that time is excluded under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(2) from May 31, 2005 to December 31, 2006 for deferral of prosecution by the United States for the purpose of allowing the defendant to demonstrate good conduct under the conditions of a pretrial diversion program.

DATED: 6/6/05

ELIZABETH D. LAPORTE
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO EXCLUDE TIME AND DEFER PROSECUTION
CR 05-0169 MAG