1  KEVIN V. RYAN (CASBN 118321)
   United States Attorney
2
   MARK KROTOSKI (CASBN 138549)
3  Acting Chief, Criminal Division

4  DEREK OWENS (CASBN 230237 )
   Special Assistant United States Attorney
5
       450 Golden Gate Avenue, Box 36055
6      San Francisco, California 94102
       Telephone: (415) 436-6488
7      Fax: (415) 436-7234
       derek.owens@usdoj.gov
8
   Attorneys for Plaintiff
9
                   UNITED STATES DISTRICT COURT
10
                 NORTHERN DISTRICT OF CALIFORNIA
11
                    SAN FRANCISCO DIVISION
12

13 UNITED STATES OF AMERICA,          )    No. CR 05-0169 MAG
                                      )
14         Plaintiff,                 )
                                      )
15     v.                             )    MOTION AND [PROPOSED] ORDER
                                      )    TO DISMISS INFORMATION
16 RONALD R. ROCK,                    )
                                      )
17         Defendant.                 )
                                      )
18 ─────────────────────────────────

19     Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, and by leave of

20 Court endorsed hereon, the United States Attorney for the Northern District of California

21 hereby dismisses the captioned Information against the defendant Ronald R. Rock with

22 prejudice; he successfully completed the requirements of his Pre-trial Diversion program.

23 DATED:  7/17/06                        Respectfully submitted,
24
                                          KEVIN V. RYAN
25                                        United States Attorney
26
                                                    /s/
27 //                                     DEREK OWENS
                                          Assistant United States Attorney
28

   DISMISSAL OF INFORMATION
   CR 05-0169 MAG

1    Leave of court is granted to file the foregoing dismissal.

2

3

4    DATED: 7/18/06

5                                                        EDWARD M. CHEN
                                                    United States Magistrate Judge
6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DISMISSAL OF INFORMATION
CR 05-0169 MAG